IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 14-cr-00034-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      MICHAEL L. ROY
         a/k/a Michael L. Demes,

      Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

This matter has been scheduled for a **four-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **March 31, 2014 at 9:00 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **February 18, 2014** and responses to these motions shall be filed by **February 25, 2014**. It is further

ORDERED that a Trial Preparation Conference is set for **March 25, 2014 at 4:00 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

3)	timing of presentation of witnesses and evidence;

4)	anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED this 13th day of February, 2014.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge