# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 14-cr-00034-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      MICHAEL L. ROY
          a/k/a Michael L. Demes,

      Defendant.
_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on February 13, 2014 (Docket No. 9). A Change of Plea Hearing is set for **March 17, 2014 at 1:00 p.m.** Defense counsel and Defendant are required to appear for this hearing in person. Counsel for the Government may appear via video conference and should contact Judge Moore's Courtroom Deputy, Nick Richards, at 303-335-2180 one week prior to the hearing to make these arrangements. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my Chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **March 25, 2014**, and the **four-day** jury trial scheduled for **March 31, 2014** are VACATED.

DATED this 18th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge