IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 14-cr-00034-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MICHAEL L. ROY,
a/k/a/ Michael L. Demes,

   Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

  THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

  THAT the United States commenced this action pursuant to 18 U.S.C. § 924(c) and 28 U.S.C. § 2461(c) as set forth in the Information returned on January 8, 2014;

  THAT a Preliminary Order of Forfeiture was entered on July 8, 2014;

  THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

  THAT the time for any other third-party to file a petition expired on November 22, 2014;

  THAT, as of December 16, 2014 no Petition for Ancillary Hearing has been filed by any petitioner;

  THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(c) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of One Hi-Point Model CS380, .380 caliber pistol, Serial Number P867244 and 8 rounds of .380 caliber ammunition shall enter in favor of the United States pursuant to 18 U.S.C. § 924(c) and 28 U.S.C. § 2461(c), free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited subject firearm and ammunition and may dispose of it in accordance with law.

DATED this 16th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge